Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168;  email: taibiandassociates@gmail.com

Attorney for Plaintiff JERRY JACKSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>SPICE & RICE THAI INC. dba SPICE & RICE THAI KITCHEN et al.<br><br>                    Defendants. | Case No. 3:21-cv-00087-DMS-MDD<br><br>**JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II); & ORDER THEREON.** |

**MOTION**

The Plaintiff, Jerry Jackson and Defendants, Spice & Rice Thai Inc. dba Spice & Rice Kitchen and Riverbed Property Enterprises, LLC, hereby apply that this complaint may be dismissed, with prejudice, as to all parties named and unnamed. Each party shall bear their own attorney fees and costs.

The dismissal is made pursuant to F.R. Civ. P. 41(a)(1)(A)(ii).

1  Dated: June 21, 2021                    /s/ Michael a. Taibi, Esq.
                                           MICHAEL A. TAIBI, ESQ
2                                          Attorney for Plaintiff
                                           JERRY JACKSON
3

4
   Dated: June 21, 2021                    /a/ Douglas M. Wade, Esq.
5                                          Douglas M. Wade, Esq.
                                           Attorney for the Defendants
6                                          Spice & Rice Thai Inc. dba Spice & Rice Kitchen and
7                                          Riverbed Property Enterprises, LLC

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Douglas M. Wade, Esq., Spice & Rice Thai Inc. dba Spice & Rice Kitchen and Riverbed Property Enterprises, LLC, and that I have obtained authorization from the afore-referenced attorney to affix his electronic signature to this document.

Dated: June 21, 2021

/s/ Michael A. Taibi, Esq.
/s/ Michael A. Taibi, Esq.
Attorney for the Plaintiff
JERRY JACKSON

## CERTIFICATE OF SERVICE
3:21-cv-00087-DMS-MDD

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 21st day of June 2021, to all parties of record:

JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1(A)(ii).

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of June 2021, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.