UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>                    Plaintiff,<br><br>v.<br><br>SPICE & RICE THAI, INC. d/b/a SPICE & RICE THAI KITCHEN et al.,<br><br>                    Defendants. | Case No.:  3:21-cv-00087-DMS-MDD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On June 21, 2021, Plaintiff Jerry Jackson and Defendant Spice & Rice Thai, Inc. d/b/a Spice & Rice Kitchen and Riverbed Property Enterprises, LLC filed a joint motion for dismissal with prejudice.  (ECF No. 17.)  The motion requests that the Court dismiss the instant case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.  (*Id.*)  This motion is granted. Accordingly, the entire action is hereby dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  June 24, 2021

                                      Hon. Dana M. Sabraw
                                      United States Chief District Judge